OCIS Case Summary for CJ-2012-4521- COUSINO, DENNIS v. MASS MUTUAL LIFE INSURANCE... Page 1 of 3

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| | |
|---|---|
| DENNIS COUSINO,<br>　　　Plaintiff,<br>v.<br>MASS MUTUAL LIFE INSURANCE COMPANY,<br>　　　Defendant. | No. CJ-2012-4521<br>(Civil relief more than $10,000:<br>BREACH OF AGREEMENT - CONTRACT)<br><br>Filed: 08/28/2012<br><br>Judge: Fitzgerald, Mary |

### Parties

COUSINO, DENNIS , Plaintiff
MASS MUTUAL LIFE INSURANCE COMPANY , Defendant

### Attorneys

| Attorney | Represented Parties |
|---|---|
| HAGEDORN, FRANK M(Bar # 3693)<br>320 BOSTON AVENUE<br>SUITE 200<br>TULSA, OK 74103 | COUSINO, DENNIS |
| HASTINGS, CHRIS(Bar # 14735)<br>1323 EAST 71ST ST<br>SUITE 100<br>TULSA, OK 74136 | COUSINO, DENNIS |

### Events

| Event | Party | Docket | Reporter |
|---|---|---|---|

### Issues

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**

Issue: BREACH OF AGREEMENT - CONTRACT (CONTRACT)
Filed by: COUSINO, DENNIS
Filed Date: 08/28/2012

**Party Name:**

**Defendant:** MASS MUTUAL LIFE INSURANCE COMPANY

**Disposition Information:**

Pending.

### Docket

| Date | Code | Count | Party | Serial # | Entry Date | User Name | | |
|---|---|---|---|---|---|---|---|---|
| 08-28-2012 | TEXT | 1 | | 82713655 | Aug 28 2012 1:27:28:687PM | OSCN\JoAnneOlmstead | - | $ 0.00 |
| | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | | | | | | |
| 08-28-2012 | CONTRACT | - | | 82713657 | Aug 28 2012 1:27:28:717PM | OSCN\JoAnneOlmstead | Realized | $ 0.00 |
| | BREACH OF AGREEMENT - CONTRACT | | | | | | | |
| 08-28-2012 | DMFE | - | | 82713658 | Aug 28 2012 1:27:28:737PM | SYSTEM\Autodocket | Realized | $ 2.00 |
| | DISPUTE MEDIATION FEE($ 2.00) | | | | | | | |



EX. 2

OCIS Case Summary for CJ-2012-4521- COUSINO, DENNIS v. MASS MUTUAL LIFE INSURANCE... Page 2 of 3

| Date | Code | | No. | Timestamp | User | Status | Amount |
|---|---|---|---|---|---|---|---|
| 08-28-2012 | PFE1 | - | 82713659 | Aug 28 2012 1:38:54:407PM | OSCN\DebbieJoshlin | Realized | $ 163.00 |

PETITION($ 163.00)
📄 *Document Available (#1019385136)*

| 08-28-2012 | PFE7 | - | 82713660 | Aug 28 2012 1:27:28:737PM | SYSTEM\Autodocket | Realized | $ 6.00 |

LAW LIBRARY FEE($ 6.00)

| 08-28-2012 | OCISR | - | 82713661 | Aug 28 2012 1:27:28:737PM | SYSTEM\Autodocket | Realized | $ 25.00 |

OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND($ 25.00)

| 08-28-2012 | CCADMIN02 | - | 82713662 | Aug 28 2012 1:27:28:737PM | SYSTEM\Autodocket | Realized | $ 0.20 |

COURT CLERK ADMINISTRATIVE FEE ON $2 COLLECTIONS($ 0.20)

| 08-28-2012 | OCJC | - | 82713663 | Aug 28 2012 1:27:28:737PM | SYSTEM\Autodocket | Realized | $ 2.00 |

OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND($ 2.00)

| 08-28-2012 | OCASA | - | 82713664 | Aug 28 2012 1:27:28:737PM | SYSTEM\Autodocket | Realized | $ 5.00 |

OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES($ 5.00)

| 08-28-2012 | CCADMIN04 | - | 82713665 | Aug 28 2012 1:27:28:737PM | SYSTEM\Autodocket | Realized | $ 0.50 |

COURT CLERK ADMINISTRATIVE FEE ON COLLECTIONS($ 0.50)

| 08-28-2012 | LTF | - | 82713666 | Aug 28 2012 1:27:28:837PM | OSCN\JoAnneOlmstead | Realized | $ 10.00 |

LENGTHY TRIAL FUND($ 10.00)

| 08-28-2012 | SMF | - | 82713667 | Aug 28 2012 1:27:55:237PM | OSCN\JoAnneOlmstead | Realized | $ 10.00 |

SUMMONS FEE (CLERKS FEE)-2($ 10.00)

| 08-28-2012 | SMIMA | - | 82713668 | Aug 28 2012 1:27:59:427PM | OSCN\JoAnneOlmstead | Realized | $ 0.00 |

SUMMONS ISSUED - MAILED BY ATTORNEY-2

| 08-28-2012 | TEXT | - | 82713656 | Aug 28 2012 1:27:28:697PM | OSCN\JoAnneOlmstead | - | $ 0.00 |

OCIS HAS AUTOMATICALLY ASSIGNED JUDGE FITZGERALD, MARY TO THIS CASE.

| 08-28-2012 | ACCOUNT | - | 82713683 | Aug 28 2012 1:28:18:187PM | OSCN\JoAnneOlmstead | - | $ 0.00 |

RECEIPT # 2012-2428458 ON 08/28/2012.
PAYOR:HASTINGS & ASSO TOTAL AMOUNT PAID: $223.70.
LINE ITEMS:
CJ-2012-4521: $173.00 ON AC01 CLERK FEES.
CJ-2012-4521: $6.00 ON AC23 LAW LIBRARY FEE.
CJ-2012-4521: $0.70 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2012-4521: $5.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2012-4521: $2.00 ON AC59 OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2012-4521: $2.00 ON AC64 DISPUTE MEDIATION FEES.
CJ-2012-4521: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2012-4521: $10.00 ON AC81 LENGTHY TRIAL FUND.

## Balances

| Party | Costs Due | Costs Paid | Balance Due | Cash Bonds | Bond Forf. | Overpayments | Holding |
|---|---|---|---|---|---|---|---|
| MASS MUTUAL LIFE INSURANCE COMPANY | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| COUSINO, DENNIS | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

OCIS Case Summary for CJ-2012-4521- COUSINO, DENNIS v. MASS MUTUAL LIFE INSURANCE... Page 3 of 3

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Generic Party | $ 223.70 | $ 223.70 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| Totals | $ 223.70 | $ 223.70 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

Report Generated by The Oklahoma Court Information System at September 10, 2012 13:43 PM

End of Transmission.

I, Sally Howe Smith, Court Clerk, for Tulsa County, Oklahoma, hereby certify that the foregoing is a true, correct and full copy of the instrument herewith set out as appears on record in the Court Clerk's Office of Tulsa County, Oklahoma, this

SEP 10 2012

By _____ Deputy



IN THE DISTRICT COURT IN AND FOR TULSA COUNTY
STATE OF OKLAHOMA

DISTRICT COURT
**FILED**

AUG 28 2012

SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

| | |
|---|---|
| DENNIS COUSINO, An Individual, <br><br> Plaintiff, <br><br> v. <br><br> MASS MUTUAL LIFE INSURANCE COMPANY, A Mutually Owned Life Insurance Company By Members And Participating Policy Holders Home Office Springfield, Massachusetts, <br><br> Defendant. | Case No. <br> **CJ-2012-04521** <br><br> Mary Fitzgerald |

## PETITION

**COMES NOW** Dennis R. Cousino, Plaintiff (Dennis Cousino), by and through his attorneys of record, Frank M. Hagedorn and Chris Hastings with Hastings and Associates P.C. and files his petition for damages against the Defendant, Massachusetts Mutual Life Insurance Company (Mass Mutual), for breach of an agreement, failure to pay disability income and breach of duty to act in good faith with respect to a disability income policy for reasons set forth herein:

1. Dennis Cousino, is 44 years of age and a resident of the city of Tulsa, Tulsa County, State of Oklahoma.

2. Massachusetts Mutual Life Insurance Company is a mutually owned life insurance company by members and participating policy holders who engages in offering to the public disability insurance policies for which disability income is paid to disabled policyholders. Massachusetts Mutual Life Insurance Company's home office is in Springfield Massachusetts.

Upon information and belief, Mass Mutual is licensed to do business in the state of Oklahoma and the service agent is the Oklahoma Secretary of State.

3. Dennis Cousino is a policyholder of that by virtue of this policy, he is a member of the Massachusetts Mutual Life Insurance Company, and is entitled to vote either in person or by proxy at any and all meetings at said company.

4. Dennis Cousino's policy is described as a "disability income policy" non-cancellable – rates guaranteed for the life of the policy continuable to the age of 65 and convertible thereafter.

5. Dennis Cousino purchased a policy whose specifications read: Insured: Dennis R. Cousino, Policy date: April 6, 1999, Issue date: which is attached hereto, and was reissued April 6, 2005, Age and sex: 31 Male, Policy No. 8,134,523 with certain amendments thereto, and adopted as part of this petition as though fully set out herein Exhibit A.

6. Dennis Cousino, on or about August 18, 2005, was evaluated and diagnosed as having cone dystrophy, maculopathy, blurry vision for which there is no known cure and is considered to be legally blind, the result of which is in fact rendering an individual to be totally disabled.

7. Dennis Cousino, from the date of the issuance of the disability income policy (except that period of time where the policy was paid as part of the distribution of disability income by Mass Mutual) paid premiums up to the present time as required by Exhibit A.

8. On or about May 1, 2006, Dennis Cousino filed a claim with Mass Mutual numbered by them as Claim No. MMFG-06-00695-01-DI for Total Disability of being legally blind after examination and evaluation of his inability to see.

9. This Court has jurisdiction over the parties and venue is proper in Tulsa County where the amount in controversy exceeds $10,000.00.

10. After the claim was submitted by Dennis Cousino to Mass Mutual as the result of his disability in his vision, Mass Mutual made payments from May 1, 2006 through August 31, 2010. The amount of $12,968.14 was the last monthly payment received in accordance with the terms of the policy. Mass Mutual ceased making the disability payments upon the unfounded excuse that any dividend income received by Dennis Cousino due to his investments were income earned by employment. Dennis Cousino responded to them that this conclusion was not true, incorrect and in bad faith. For approximately two years a series of correspondence between Mass Mutual and Dennis Cousino's legal counsel most of which were demands made by Mass Mutual in an attempt to avoid their responsibility and complying with their policy for which Dennis Cousino continued to make the premium payments. In addition to the disingenuous and bad faith claim that the income on the K1 of Dennis Cousino's tax return for dividends earned was in fact earned income and therefore, stopped payment on the policy and also demanded documentation prior to disability claim of May 1, 2006 as a further excuse for not complying with the policy Exhibit A for Total Disability.

11. Dennis Cousino alleges and states that he is totally disabled and has been diagnosed as such on more than one occasion by different professional experts in the field of vision and has directed that he is legally blind and therefore, cannot be employed.

12. Dennis Cousino alleges and states that the acts of Mass Mutual in failing to pay the disability income to him is a breach of the agreement between them, Mass Mutual and himself. That the failure to pay the disability income due is a breach of duty to act in good faith with respect to a disability income policy for which he has a right to receive and Mass Mutual has benefited from his payments of premiums.

13. Dennis Cousino alleges and states that the acts of Mass Mutual with respect to their acts toward him are in violation of the law and entitles him to punitive damages.

**WHEREFORE,** Dennis Cousino prays for judgment against Mass Mutual for the reasons set forth in this Petition for breach of the agreement and failure to pay disability income as required including a judgment for punitive damages, attorney fees, costs and other relief the Court deems just and proper.

Dated this 27th day of August, 2012

Frank M. Hagedorn  Bar No. 3693
J. Christopher Hastings Bar No. 14735
Attorney at Law
Hastings and Associates
1323 East 71st Street
Suite 100
Tulsa, Oklahoma  74136