IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DENNIS COUSINO, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § |
| | § C.A. No. 4:12-cv-00532-JHP-TLW |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, a Mutually Owned Life Insurance Company by Members and Participating Policy Holders Home Office Springfield, Massachusetts, | § |
| | § |
| Defendant. | § |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Dennis Cousino ("Cousino") and Defendant Massachusetts Mutual Life Insurance Company ("MassMutual"), by and through their counsel, announce to the Court that the matters in controversy herein have been settled and that the consideration therefor has been paid in full and received. In accordance with the Confidential Settlement Agreement and Release executed by the parties, the parties stipulate as follows:

1. That all claims, counterclaims, demands, debts, or causes of action asserted or assertable herein by Cousino against MassMutual be DISMISSED WITH PREJUDICE;

2. That all claims, counterclaims, demands, debts, or causes of action asserted or assertable herein by MassMutual against Cousino be DISMISSED WITH PREJUDICE;

**STIPULATION OF DISMISSAL WITH PREJUDICE - Page 1**

3.      That MassMutual's Disability Income Policy No. 8,143,523 be CANCELLED and no longer of any force or effect; and

4.      That all attorney's fees, expert witness fees, and court costs be taxed against the party incurring them.

STIPULATED TO AND APPROVED BY:


By:   /s/ Jeffrey Yates
     Jeffrey Yates
     Texas Bar No. 24004999
     jyates@aybrlaw.com
     T. Chase Garrett
     Texas Bar No. 24069764
     chase@aybrlaw.com

ALBIN YATES BALIUS ROACH
5601 Granite Parkway, Suite 400
Plano, TX 75024
(214) 423-5100 telephone
(214) 423-5111 facsimile

Frank M. Hagedorn, Bar No. 3693
frank@fmhagedornlaw.com
9125 S. Sheridan, Suite 107
Tulsa, OK 74133
(918) 494-6601 telephone
(918) 494-6609 facsimile

ATTORNEYS FOR PLAINTIFF
DENNIS COUSINO

By:   /s/ Amanda Sotak
      Bill E. Davidoff
      State Bar No. 00790565
      Bill.davidoff@figdav.com
      Amanda Sotak
      State Bar No. 24037530
      Amanda.sotak@figdav.com

FIGARI & DAVENPORT, L.L.P.
901 Main Street, Suite 3400
Dallas, Texas 75202
(214) 939-2000
(214) 939-2090 (Facsimile)

Gerald P. Green  OBA No. 03563
jgreen@piercecouch.com
PIERCE COUCH HENDRICKSON BAYSINGER
& GREEN, LLP
Clayton V. Pierce Memorial Building
1109 North Frances
Oklahoma City, Oklahoma 73176
(405) 552-5271
(405) 235-2904 (Telecopy)

Jason A. Robertson  OBA No. 17696
jrobertson@piercecouch.com
PIERCE COUCH HENDRICKSON BAYSINGER
& GREEN, LLP
The Sun Building
907 S. Detroit, Suite 815
Tulsa, OK  74120
(918) 583-8100
(918) 583-8107 (Telecopy)

**ATTORNEYS FOR DEFENDANT MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY**